UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————

JEROME WARD,

                    Plaintiff,

           - against -

CENTRAL ASTORIA LLC & CENTRAL
ASTORIA PAYROLL LLC,

                    Defendants.

———————————————————

26-cv-2612 (JGK)

Order

**John G. Koeltl, District Judge:**

The parties are directed to submit a Rule 26(f) report by **July 6, 2026**.

**SO ORDERED.**

Dated:      New York, New York
            June 29, 2026

_____
            John G. Koeltl
     **United States District Judge**