# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

~~~~~

**Abdul K. Hassan, Esq.**
Email: abdul@abdulhassan.com
***Employment and Labor Lawyer***

Tel: 718-740-1000
Fax: 718-740-2000
Web: www.abdulhassan.com


**July 6, 2026**

**Via ECF**

Hon. John G. Koeltl, USDJ
United States District Court, SDNY
500 Pearl Street, Courtroom: 12B
New York, NY 10007-1312

**Re: Ward v. Central Astoria LLC et al**
**Case No. 26-CV-02612 (JGK)(KHP)**
**Motion for Extension of Time**

Dear Judge Koeltl:

My firm represents plaintiff in the above-referenced action, and I respectfully write to request an extension of the July 6, 2026 deadline for the parties to comply with Your Honor's June 29, 2026 Order to two weeks after the completion of mediation. This request is being made because on July 1, 2026, the Court referred this matter to the SDNY mediation program, and the parties are participating in the mediation process in good faith. If the case is settled, we will notify the Court promptly.

I thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

/s/ Abdul Hassan

By: Abdul K. Hassan, Esq.

**Cc: Defense counsel via ECF**

APPLICATION GRANTED
SO ORDERED

7/7/26 [signature]
John G. Koeltl, U.S.D.J.
~~~~~