UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JEROME WARD,

Plaintiff(s)

26 civ 2612 (JGK)

-against-

CENTRAL ASTORIA LLC, et al,

Defendant(s).
------------------------------------------------------------X

**ORDER**

The conference scheduled for Thursday, July 30, 2026, at 4:30pm, is canceled.

**SO ORDERED.**

**JOHN G. KOELTL**
**UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
July 22, 2026