**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**JEROME WARD,**

**Plaintiff,**

**- against -**

**CENTRAL ASTORIA LLC, ET AL.,**

**Defendants.**

**26-cv-2612 (JGK)**

**Order**

**John G. Koeltl, District Judge:**

The parties are directed to submit a Rule 26(f) report by **October 30, 2026.**

**SO ORDERED.**

**Dated: New York, New York**
**October 16, 2026**

**/s/ John G. Koeltl**
**John G. Koeltl**
**United States District Judge**